**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-1559**

———————

GLORIA SHELTON,

Plaintiff - Appellant,

versus

CARL T. JULIO; MARYLAND APARTMENT SERVICES,
INCORPORATED,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
96-606-S)

———————

Submitted:  July 10, 1997          Decided:  July 22, 1997

———————

Before RUSSELL, HALL, and MURNAGHAN, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Gloria Shelton, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on her civil complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. <u>Shelton v. Julio</u>, No. CA-96-606-S (D. Md. Mar. 4, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>